UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __8__

---

_Stein_

-v-

_McKinney, et al_

---

U.S.C.A. # _____

U.S.D.C. # _07-cv-10430_

JUDGE: _KMW_

DATE: FEBRUARY 26, 2008

[FILED FEB 26 2008 U.S. DISTRICT]

# INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

DISTRICT COURT DOCKET ENTRIES ----------

DOCUMENT DESCRIPTION                                        DOC. #

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

** ONLY CIRCLED DOCUMENTS ARE INCLUDED **

** ALL OTHERS MISSING AT THIS TIME **

(**XXX**) Original Record                    (_____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 26th Day of February, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

Klein

-v-

McKinney, et al

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 07cv 10430

JUDGE: KMW

DATE: FEBRUARY 26, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __7__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| | |
| | |
| | **BALANCE OF FILE MISSING AT THIS TIME** |
| | |
| | |
| | |
| | |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 26th Day of February In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-10430-KMW
### Internal Use Only

Stein v. McKinney et al
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Civil Rights Act

Date Filed: 11/19/2007
Date Terminated: 01/25/2008
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Christine Marie Stein.(laq) (Entered: 11/30/2007) |
| 11/19/2007 | 2 | COMPLAINT against Timothy McKinney, Town of Cortland Court. Document filed by Christine Marie Stein.(laq) (Entered: 11/30/2007) |
| 11/19/2007 | | Magistrate Judge Michael H. Dolinger is so designated. (laq) (Entered: 11/30/2007) |
| 11/19/2007 | 3 | 60 DAYS ORDER, The Court grants plaintiff's request to proceed in forma pauperis and direct the Clerk of Court to assign a docket number to this complaint. The Court furthers directs plaintiff to submit an amended complaint within 60 days of the date of this order as set forth within. Plaintiff is hereby directed to file an amended complaint containing the information specified within. Should plaintiff decide to file an amended complaint, it must be submitted to this Court's Pro Se Office within 60 days of the date of this order, be captioned as an "AMENDED COMPLAINT" and bear the same docket number as this order. Plaintiff is advised that her amended complaint will completely replace, not supplement, her original complaint. No summons shall issue at this time and all further proceedings shall be stayed for 60 days or until plaintiff has complied with this order. If plaintiff fails to comply with this order within the time allowed or show good cause why she cannot comply, the complaint will be dismissed. Once submitted, the amended complaint shall be reviewed for compliance with this order and substantive sufficiency and then, if proper, the case shall be reassigned to a district judge iin accordance with the procedures of the Clerk's Office. The Court certifies pursuant to 28 U.S.C.1915(a)(3) that any appeal from this order would not be taken in good faith.The plaintiff is hereby directed to file an amended complaint...it must be submitted to this Court's Pro Se Office within sixty (60) days of the date of this order...No summons shall be issued at this time and all further proceedings shall be stayed for sixty (60) days or until plaintiff has complied with this order. If plaintiff fails...the complaint will be dismissed. Once submitted, the amended complaint shall be reviewed for compliance with this order and substantive sufficiency and then, if proper, the case shall be reassigned to a district judge in accordance with the procedures of the Clerk's Office. We certify pursuant to 28 U.S.C. 1915(a)...that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 11/19/07) (laq) (Entered: 11/30/2007) |
| 12/17/2007 | 4 | PRO SE MEMORANDUM dated 12/21/07 re: CHANGE OF ADDRESS for Christine Marie Stein. New Address: PO Box 10, Valhalla, NY, 10595. (tro) (Entered: 01/04/2008) |
| 01/18/2008 | 6 | AMENDED COMPLAINT amending 2 Complaint against Timothy McKinney, Town of Cortland Court.Document filed by Christine Marie Stein. Related document: 2 Complaint filed by Christine Marie Stein.(djc) (Entered: 01/31/2008) |
| 01/25/2008 | 5 | JUDGMENT that the complaint is dismissed. The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 1/25/08) (ml) (Entered: 01/25/2008) |
| 01/28/2008 | | Mailed notice of Right to Appeal to Pro Se Litigant(s): Christine Marie Stein. (ama) (Entered: 01/28/2008) |
| 02/04/2008 | 7 | NOTICE OF APPEAL from 5 Judgment. Document filed by Christine Marie Stein. (tp) (Entered: 02/25/2008) |
| 02/04/2008 | | Appeal Remark as to 7 Notice of Appeal filed by Christine Marie Stein. $455.00 APPEAL FEE DUE. IF P REVOKED 1/25/08. (tp) (Entered: 02/25/2008) |
| 02/25/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 7 Notice of Appeal. (tp) (Entered: 02/25/2008) |
| 02/25/2008 | | Transmission of Notice of Appeal to the District Judge re: 7 Notice of Appeal. (tp) (Entered: 02/25/2008) |